McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
JUSTIN L. LEE
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-MC-00119-TLN-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $16,000.00 IN U.S. CURRENCY, AND | |
| MISCELLANEOUS FIREARMS LISTED IN EXHIBIT A, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant Gary Osterhout ("claimant"), appearing *in propria persona*, as follows:

1. On or about April 25, 2019, claimant filed claims in the administrative forfeiture proceeding with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") with respect to the defendants Approximately $16,000.00 in U.S. Currency and Miscellaneous Firearms listed in Exhibit A attached hereto and incorporated herein (hereafter "defendant properties"), which were seized on or about February 12, 2019.

2. The ATF has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant properties under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a

1
Stipulation and Order to Extend Time

claim to the defendant properties as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is July 24, 2019.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to October 22, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture shall be extended to October 22, 2019.

Dated: 6/26/2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
JUSTIN L. LEE
Assistant U.S. Attorneys

Dated: 7/23/19

/s/ Gary Osterhout
GARY OSTERHOUT
Potential Claimant
Appearing *in propria persona*

(Authorized by phone)

**IT IS SO ORDERED**.

Dated: July 23, 2019

Troy L. Nunley
United States District Judge

2

Stipulation and Order to Extend Time

## Exhibit A

| | |
|---|---|
| 1 | Ruger single six revolver Cal: 22 SN: 21-00958 (19-ATF-014261), |
| 2 | Smith & Wesson 686 revolver Cal: 357 SN: CTY7214 (19-ATF-014268), |
| 3 | Smith & Wesson 19 revolver Cal: 357 SN: AUZ7305 (19-ATF-014269), |
| 4 | Smith & Wesson 586 revolver Cal: 357 SN: BEZ6069 (19-ATF-014272), |
| 5 | Ruger single six revolver Cal: 22 SN: 37754 (19-ATF-014273), |
| 6 | Smith & Wesson 27 revolver Cal: 357 SN: DCF1049 (19-ATF-014275), |
| 7 | Kimber Ultra Carry II pistol Cal: 45 SN: KU61751 (19-ATF-014277), |
| 8 | Ruger blackhawk revolver Cal: 357 SN: 34-48166 (19-ATF-014278), |
| 9 | Smith & Wesson 28 revolver Cal: 357 SN: N174022 (19-ATF-014281), |
| 10 | Smith & Wesson 29 revolver Cal: 44 SN: ACS3381 (19-ATF-014283), |
| 11 | Colt Government pistol Cal: 40 SN: DS34607 (19-ATF-014284), |
| 12 | Smith & Wesson 642 revolver Cal: 38 SN: DDZ2419 (19-ATF-014286), |
| 13 | Beretta USA Corp APX Pistol Cal: 9 SN: AX006006 (19-ATF-014290), |
| 14 | Kimber Aegis II pistol Cal: 9 SN: KF51563 (19-ATF-014291), |
| 15 | Colt Officers ACP pistol Cal: 45 SN: SF15781 (19-ATF-014292), |
| 16 | Smith & Wesson 66 revolver Cal: 357 SN: CCY2310 (19-ATF-014293), |
| 17 | Smith & Wesson 29 revolver Cal: 44 SN: N132074 (19-ATF-014294), |
| 18 | Smith & Wesson 351C Airlite revolver Cal: 22 SN: CPL0277 (19-ATF-014295), |
| 19 | Smith & Wesson 27 revolver Cal: 357 SN: N1955452 (19-ATF-014296), |
| 20 | Beretta USA Corp 943 pistol Cal: 9 SN: BER731818 (19-ATF-014297), |
| 21 | Smith & Wesson 686 revolver Cal: 357 SN: CXP1127 (19-ATF-014298), |
| 22 | Smith & Wesson 686 revolver Cal: 357 SN: CBK2828 (19-ATF-014299), |
| 23 | Smith & Wesson 329PD revolver Cal: 44 SN: CYF2769 (19-ATF-014300), |
| 24 | Ruger SR1911 pistol Cal: 9 SN: 672-64580 (19-ATF-014301), |
| 25 | Smith & Wesson 340 revolver Cal: 357 SN: DBR0058 (19-ATF-014302), |
| 26 | Kimber Super Carry Pro pistol Cal: 45 SN: KR192166 (19-ATF-014303), |
| 27 | Smith & Wesson 686 revolver Cal: 357 SN: CYS7281 (19-ATF-014304), |
| 28 | Colt Lawman MKIII revolver Cal: 357 SN: L33291 (19-ATF-014305), |
| 29 | Springfield Armory compact pistol Cal: 9 SN: 137307 (19-ATF-014306), |
| 30 | Smith & Wesson 60 revolver Cal: 357 SN: CPT5116 (19-ATF-014307), |
| 31 | Smith & Wesson 57 revolver Cal: 41 SN: CJF1748 (19-ATF-014308), |
| 32 | Smith & Wesson 629 revolver Cal: 44 SN: AEA2777 (19-ATF-014309), |
| 33 | Browning Black Label 1911-380 Pistol Cal: 380 SN: 51HZW01592 (19-ATF-014310), |
| 34 | Smith & Wesson 686 revolver Cal: 357 SN: C ZP5274 (19-ATF-014311), |
| 35 | Springfield Armory, Geneseo IL micro compact pistol Cal: 45 S (19-ATF-014312), |
| 36 | Browning unknown pistol Cal: unknown SN: 16082P2 (19-ATF-014313), |
| 37 | Kimber Stainless Target pistol Cal: 45 SN: K600386 (19-ATF-014314), |
| 38 | Remington Arms Company, Inc 1911R1 pistol Cal: 45 SN: RHN49820 (19-ATF-014315), |
| 39 | Smith & Wesson 586 revolver Cal: 357 SN: DDJ6539 (19-ATF-014317), |
| 40 | Smith & Wesson 586 revolver Cal: 357 SN: BHV4325 (19-ATF-014318), |
| 41 | Smith & Wesson 1911 pistol Cal: .45 auto SN: UCF3434 (19-ATF-014319), |
| 42 | Ruger SP101 revolver Cal: 327 SN: 576-45476 (19-ATF-014320), |
| 43 | Sig Sauer (Sig-Arms) P226 pistol Cal: 40 SN: UU631793 (19-ATF-014321), |
| 44 | Smith & Wesson 686 revolver Cal: 357 SN: DEE4798 (19-ATF-014322), |
| 45 | Colt government pistol Cal: 38 SN: 38SS10332 (19-ATF-014323), |
| 46 | Smith & Wesson 460 revolver Cal: 460 SN: CYW1585 (19-ATF-014324), |
| 47 | Para USA, Inc expert pistol Cal: 9 SN: K062424 (19-ATF-014325), |
| 48 | CZ (Ceska Zbrojovka) CZ P-07 pistol Cal: 9 SN: C446887 (19-ATF-014326), |
| 49 | Smith & Wesson 986 revolver Cal: 9 SN: CYD3893 (19-ATF-014329), |
| 50 | Rock Island Armory (Geneseo, IL) 1911A1 pistol Cal: 45 SN: RIA (19-ATF-014330), |
| 51 | Smith & Wesson 27 revolver Cal: 357 SN: N491490 (19-ATF-014331), |
| 52 | Smith & Wesson 57 revolver Cal: 41 SN: AVF5977 (19-ATF-014334), |
| 53 | Ruger American rimfire rifle Cal: 22 SN: 832-26448 (19-ATF-014335), |

| | | |
|---|---|---|
| 1 | 54 | Smith & Wesson 14 revolver Cal: 38 SN: 16K3540 (19-ATF-014336), |
| | 55 | Smith & Wesson 12 revolver Cal: 38 SN: 16D9630 (19-ATF-014338), |
| 2 | 56 | Smith & Wesson 638 revolver Cal: 38 SN: CEY6326 (19-ATF-014340), |
| | 57 | Smith & Wesson 29 revolver Cal: 44 SN: DAH6033 (19-ATF-014342), |
| 3 | 58 | Smith & Wesson 19 revolver Cal: 357 SN: 7K44913 (19-ATF-014343), |
| | 59 | Smith & Wesson 642 revolver Cal: 38 SN: CVM4265 (19-ATF-014345), |
| 4 | 60 | Ruger LCR revolver Cal: 327 SN: 545-43109 (19-ATF-014346), |
| | 61 | Smith & Wesson 586 revolver Cal: 357 SN: AAC5405 (19-ATF-014348), |
| 5 | 62 | Smith & Wesson 19 revolver Cal: 357 SN: 77025 (19-ATF-014350), |
| | 63 | Ruger PC9 rifle Cal: 9 SN: 910-21769 (19-ATF-014351), |
| 6 | 64 | Marlin Firearms Co. 1895G rifle Cal: 45-70 SN: 99024360 (19-ATF-014352), |
| | 65 | Springfield Armory, Geneseo IL M1A rifle Cal: 308 SN: 282309 (19-ATF-014355), |
| 7 | 66 | Ruger M77 Mark II rifle Cal: 270 SN: 791-33796 (19-ATF-014356), |
| | 67 | Smith & Wesson 19 revolver Cal: 357 SN: AUL9725 (19-ATF-014358), |
| 8 | 68 | Smith & Wesson 27 revolver Cal: 357 SN: N117366 (19-ATF-014360), |
| | 69 | Sig Sauer (sig-arms) 1911 pistol Cal: 45 SN: 54B024045 (19-ATF-014362), |
| 9 | 70 | Smith & Wesson 29 revolver Cal: 44 SN: N668362 (19-ATF-014363), |
| | 71 | Smith & Wesson 17 revolver Cal: 22 SN: AFZ5195 (19-ATF-014364), |
| 10 | 72 | Smith & Wesson 65 revolver Cal: 357 SN: CFN5498 (19-ATF-014366), |
| | 73 | Smith & Wesson 27 revolver Cal: 357 SN: N460965 (19-ATF-014367), |
| 11 | 74 | Smith & Wesson 19 revolver Cal: 357 SN: 64K0041 (19-ATF-014369), |
| | 75 | Springfield Armory, Geneseo, IL V-16 longslide pistol Cal: 45 (19-ATF-014370), |
| 12 | 76 | Smith & Wesson 19 revolver Cal: 357 SN: 1K36792 (19-ATF-014371), |
| | 77 | Smith & Wesson 36 revolver Cal: 38 SN: 469167 (19-ATF-014373), |
| 13 | 78 | Smith & Wesson 629 revolver Cal: 44 SN: AVN4475 (19-ATF-014375), |
| | 79 | Smith & Wesson 625 revolver Cal: 45 SN: CVB8424 (19-ATF-014376), |
| 14 | 80 | Smith & Wesson 66 revolver Cal: 357 SN: DBF6307 (19-ATF-014378), |
| | 81 | Smith & Wesson 28 revolver Cal: 357 SN: N213570 (19-ATF-014381), |
| 15 | 82 | Smith & Wesson 58 revolver Cal: 41 SN: S312753 (19-ATF-014384), |
| | 83 | Smith & Wesson 19 revolver Cal: 357 SN: AUS8399 (19-ATF-014385), |
| 16 | 84 | Smith & Wesson 627 revolver Cal: 357 SN: CTY2746 (19-ATF-014387), |
| | 85 | Ruger 30 SPL revolver Cal: 30 SN: 543-61736 (19-ATF-014393), |
| 17 | 86 | Rock River Arms 1911 pistol Cal: 38 SN: RIA1788286 (19-ATF-014396), |
| | 87 | Springfield Armory Champion pistol Cal: 45 SN: LW156924 (19-ATF-014403), |
| 18 | 88 | Glock 17 pistol Cal: 9 SN: BFVE340 (19-ATF-014406), |
| | 89 | Smith & Wesson 629 revolver Cal: 44 SN: DCN3736 (19-ATF-014408), |
| 19 | 90 | Henry Repeating Rifle Company H002 US Survival rifle Cal: 22 (19-ATF-014411), |
| | 91 | Smith & Wesson 18 revolver Cal: .357 SN: K777204 (19-ATF-014421), |
| 20 | 92 | Smith & Wesson 42 revolver Cal: 38 SN: 19999 (19-ATF-014422), |
| | 93 | Smith & Wesson 19 revolver Cal: 357 SN: 14K7191 (19-ATF-014424), |
| 21 | 94 | Smith & Wesson M&P 45 pistol Cal: 45 SN: HWL4341 (19-ATF-014425), |
| | 95 | Smith & Wesson M&P 9 pistol Cal: 9 SN: HDH3898 (19-ATF-014432), |
| 22 | 96 | Smith & Wesson 57 revolver Cal: 41 SN: N615479 (19-ATF-014435), |
| | 97 | Heckler & Koch Inc. VP40 pistol Cal: 40 SN: 222-016018 (19-ATF-014436), |
| 23 | 98 | Ruger LC9 pistol Cal: 9 SN: 320-16095 (19-ATF-014444), |
| | 99 | Heckler & Koch, Inc VP9 pistol Cal: 9 SN: 224-200976 (19-ATF-014450), |
| 24 | 100 | Heckler & Koch Inc. VP9 pistol Cal: 9 SN: 232-001326 (19-ATF-014453), |
| | 101 | CZ (Ceska Zbrojovka) CZ P-10 C pistol Cal: 9 SN: C249973 (19-ATF-014457), |
| 25 | 102 | Heckler & Koch Inc. VP9 pistol Cal: 9 SN: 224-192080 (19-ATF-014458), |
| | 103 | Walther CCP pistol Cal: 9 SN: WK069560 (19-ATF-014459), |
| 26 | 104 | Walther PPS pistol Cal: 9 SN: A09407 (19-ATF-014460), |
| | 105 | Smith & Wesson M&P 40 pistol Cal: 40 SN: HRU9822 (19-ATF-014463), |
| 27 | 106 | Smith & Wesson M&P 45 shield pistol Cal: 45 SN: HDM3662 (19-ATF-014465), |
| | 107 | Smith & Wesson M&P 9 pistol Cal: 9 SN: HXS1222 (19-ATF-014467), |
| 28 | 108 | Smith & Wesson 13 revolver Cal: 357 SN: D961599 (19-ATF-014469), |
| | 109 | Sig Sauer (Sig-Arms) SP2022 pistol Cal: 9 SN: 24B230087 (19-ATF-014470), |

| | |
|---|---|
| 110 | Bersa Thunder 380 pistol Cal: 380 SN: 993944 (19-ATF-014474), |
| 111 | Ruger Security Six revolver Cal: 357 SN: 157-36061 (19-ATF-014475), |
| 112 | Ruger Security Six revolver Cal: 357 SN: 154-28683 (19-ATF-014477), |
| 113 | Ruger Security Six revolver Cal: 357 SN: 158-32834 (19-ATF-014478), |
| 114 | Springfield Armory, Geneseo IL champion pistol Cal: 9mm SN: LW (19-ATF-014479), |
| 115 | Beretta USA Corp 855PS Cheetah pistol Cal: 9 SN: F43953Y (19-ATF-014480), |
| 116 | Smith & Wesson 18 revolver Cal: 357 SN: 2K6764 (19-ATF-014481), |
| 117 | Smith & Wesson 66 revolver Cal: 357 SN: 83564 (19-ATF-014482), |
| 118 | Smith & Wesson 627 revolver Cal: 357 SN: CZN4037 (19-ATF-014483), |
| 119 | Smith & Wesson 10 revolver Cal: 38 SN: C539236 (19-ATF-014484), |
| 120 | Smith & Wesson 15 revolver Cal: 38 SN: 1K68000 (19-ATF-014486), |
| 121 | Smith & Wesson 686 revolver Cal: 357 SN: DDA2025 (19-ATF-014489), |
| 122 | Smith & Wesson 625 revolver Cal: 45 SN: BEP9539 (19-ATF-014491), |
| 123 | Smith & Wesson 21 revolver Cal: 44 SN: TRS1911 (19-ATF-014492), |
| 124 | Ruger SR1911 pistol Cal: 10 SN: 672-90014 (19-ATF-014494), |
| 125 | Kimber stainless Target II pistol Cal: 38 SN: KF07857 (19-ATF-014496), |
| 126 | Smith & Wesson M&P 380 shield pistol Cal: 38 super SN: NCH7028 (19-ATF-014497), |
| 127 | Ruger Blackhawk revolver Cal: 41 SN: 41-29549 (19-ATF-014500), |
| 128 | Kimber custom TLE II pistol Cal: 45 SN: K389733 (19-ATF-014501), |
| 129 | Smith & Wesson 16 revolver Cal: .38 SN: 13K7220 (19-ATF-014503), |
| 130 | Smith & Wesson 15 revolver Cal: .38 SN: ABA6798 (19-ATF-014504), |
| 131 | Smith & Wesson 686 revolver Cal: 357 SN: AWL3318 (19-ATF-014505), |
| 132 | Ruger single six revolver Cal: 17 SN: 266-08971 (19-ATF-014507), |
| 133 | Kimber Ultra CDP II pistol Cal: 45 SN: KU20120 (19-ATF-014510), |
| 134 | Ruger Blackhawk revolver Cal: 41 SN: 38-46888 (19-ATF-014511), |
| 135 | Kimber Onyx Ultra II pistol Cal: 9 SN: KXU2588 (19-ATF-014513), |
| 136 | Ruger Blackhawk revolver Cal: 45 SN: 520-28135 (19-ATF-014514), |
| 137 | Kimber Custom Covert II pistol Cal: 45 SN: K451153 (19-ATF-014516), |
| 138 | Sig Sauer (Sig-Arms) 1911 pistol Cal: .357 SN: 54B105276 (19-ATF-014517), |
| 139 | Kimber ULT Crimson Carry II pistol Cal: 45 SN: KU139780 (19-ATF-014518), |
| 140 | Ruger Blackhawk revolver Cal: 44 SN: 520-18497 (19-ATF-014519), |
| 141 | Ruger Blackhawk revolver Cal: 357 SN: 38-67311 (19-ATF-014523), |
| 142 | Kimber Raptor II pistol Cal: 45 SN: K169886 (19-ATF-014524), |
| 143 | Kimber PRO CDP II pistol Cal: 45 SN: KR57501 (19-ATF-014527), |
| 144 | Kimber Pro Carry HD II pistol Cal: 38 SN: KRF5673 (19-ATF-014531), |
| 145 | Kimber Master Carry Custom pistol Cal: 45 SN: K528584 (19-ATF-014534), |
| 146 | Chinese SKS rifle Cal: 762 SN: 1610192 (19-ATF-014536), |
| 147 | Palmetto State Armory PA-10 rifle Cal: multi SN: PF003585 (19-ATF-014537), |
| 148 | Springfield Armory, Geneseo IL M1 rifle Cal: 30 SN: 5382700 (19-ATF-014538), |
| 149 | Springfield Armory, Geneseo IL M1 rifle Cal: 30 SN: 1888095 (19-ATF-014539), |
| 150 | Smith & Wesson 629 revolver Cal: 44 SN: N912787 (19-ATF-014540), |
| 151 | Smith & Wesson M&P 9 pistol Cal: 9 SN: MRK9556 (19-ATF-014541), |
| 152 | Smith & Wesson 629 revolver Cal: 44 SN: B0Z7384 (19-ATF-014542), |
| 153 | Sig Sauer (Sig-Arms) 1911 pistol Cal: 40 SN: 54B019468 (19-ATF-014543), |
| 154 | Smith & Wesson 67 revolver Cal: 38 SN: 258K842 (19-ATF-014544), |
| 155 | Smith & Wesson 63 revolver Cal: 22 SN: M105184 (19-ATF-014545), |
| 156 | Smith & Wesson 58 revolver Cal: 41 SN: N260666 (19-ATF-014546), |
| 157 | Smith & Wesson 586 revolver Cal: 357 SN: ADN6731 (19-ATF-014547), |
| 158 | Smith & Wesson 28 revolver Cal: 357 SN: N573121 (19-ATF-014548), |
| 159 | Smith & Wesson 60 revolver Cal: 357 SN: CHE0107 (19-ATF-014549), |
| 160 | Kimber Desert Warrior pistol Cal: 45 SN: K492154 (19-ATF-014550), |
| 161 | Kimber Stainless Ultra TLE II pistol Cal: 45 SN: KU258311 (19-ATF-014641), |
| 162 | Kimber Stainless II pistol Cal: 45 SN: K523020 (19-ATF-014642), |
| 163 | Kimber ULT Crimson Carry II pistol Cal: 45 SN: KU128714 (19-ATF-014643), |
| 164 | Kimber Stainless Target II pistol Cal: 10 SN: KF10002 (19-ATF-014644), |
| 165 | Sig Sauer (Sig-Arms) 1911 pistol Cal: 45 SN: 54A027509 (19-ATF-014645), |

| | | |
|---|---|---|
| 1 | 166 | Kimber Ultra Carry II pistol Cal: 45 SN: KU264313 (19-ATF-014646), |
| | 167 | Sig Sauer P938 pistol Cal: 9 SN: 52B032715 (19-ATF-014647), |
| 2 | 168 | Kimber Custom II pistol Cal: 45 SN: K507878 (19-ATF-014650), |
| | 169 | Kimber Stainless Target II pistol Cal: 9 SN: KF17643 (19-ATF-014652), |
| 3 | 170 | Sig Sauer 1911 pistol Cal: 38 SN: 54B122856 (19-ATF-014654), |
| | 171 | Smith & Wesson M&P 9 pistol Cal: 9 SN: HTB1807 (19-ATF-014655), |
| 4 | 172 | Sig Sauer 1911 pistol Cal: 45 SN: 54A066210 (19-ATF-014657), |
| | 173 | Sig Sauer 1911 pistol Cal: 45 SN: 54B055680 (19-ATF-014658), |
| 5 | 174 | Kimber Super Carry Custom pistol Cal: 45 SN: K304652 (19-ATF-014660), |
| | 175 | Sig Sauer 1911 pistol Cal: 45 SN: 54B075563 (19-ATF-014662), |
| 6 | 176 | Sig Sauer P938 pistol Cal: 9 SN: 52B170761 (19-ATF-014664), |
| | 177 | CZ USA 755P-01 pistol Cal: 9 SN: B910254 (19-ATF-014671), |
| 7 | 178 | Kimber Stainless Pro Carry II pistol Cal: 45 SN: KR58006 (19-ATF-014673), |
| | 179 | Kimber Pro Carry II pistol Cal: 45 SN: KR239704 (19-ATF-014675), |
| 8 | 180 | Sig Sauer 1911 pistol Cal: 45 SN: 54B112609 (19-ATF-014676), |
| | 181 | Smith & Wesson 66 revolver Cal: 357 SN: AET7299 (19-ATF-014677), |
| 9 | 182 | CZ USA SP-01 Phantom pistol Cal: 9 SN: B911669 (19-ATF-014681), |
| | 183 | Sig Sauer GSR 1911 pistol Cal: 45 SN: GS08451 (19-ATF-014682), |
| 10 | 184 | Armscor of the Philippines (Squires Bingham) M1911-A1 FS pis (19-ATF-014683), |
| | 185 | Armscor of the Philippines (Squires Bingham) A380 baby rock (19-ATF-014684), |
| 11 | 186 | Sig Sauer GSR 1911 pistol Cal: 45 SN: GS15622 (19-ATF-014685), |
| | 187 | Sig Sauer 1911 pistol Cal: 45 SN: GS36113 (19-ATF-014687), |
| 12 | 188 | Sig Sauer 1911 pistol Cal: 45 SN: GS60365 (19-ATF-014689), |
| | 189 | kimber Stainless II pistol Cal: 45 SN: K482247 (19-ATF-014690), |
| 13 | 190 | Beretta USA Corp 950 BS pistol Cal: 25 SN: BU24331V (19-ATF-014691), |
| | 191 | Kimber Rimfire Target pistol Cal: 22 SN: K303183 (19-ATF-014692), |
| 14 | 192 | Beretta USA Corp 3032 Tomcat pistol Cal: 32 SN: DAA337535 (19-ATF-014694), |
| | 193 | Taurus International PT22 pistol Cal: 22 SN: ASL96490 (19-ATF-014695), |
| 15 | 194 | Ruger SR1911 pistol Cal: 45 SN: 671-50388 (19-ATF-014696), |
| | 195 | Ruger Mark II pistol Cal: 22 SN: 225-17578 (19-ATF-014698), |
| 16 | 196 | Keltec, CNC Industries Inc. PMR-30 pistol Cal: 22 SN: WZM48 (19-ATF-014699), |
| | 197 | Keltec, CNC Industries Inc. P32 pistol Cal: 32 SN: 113778 (19-ATF-014700), |
| 17 | 198 | Armscor of the Philippines 1911A1 pistol Cal: 40 SN: RIA158957 (19-ATF-014704), |
| | 199 | Armscor of the Philippines M1911-A1 CS pistol Cal: 45 SN: RIA1 (19-ATF-014706), |
| 18 | 200 | Wesson Arms Eco pistol Cal: 9 SN: 1407659 (19-ATF-014707), |
| | 201 | Heckler & Koch Inc. USP40 pistol Cal: 40 SN: 26-079659 (19-ATF-014718), |
| 19 | 202 | Armscor of the Philippines (Squires Bingham) M1911-A1 FS Tct (19-ATF-014721), |
| | 203 | Kimber Pro Carry II pistol Cal: 9 SN: KRF11273 (19-ATF-014724), |
| 20 | 204 | F.N. (FN Herstal) five-seven pistol Cal: 57 SN: 386264951 (19-ATF-014725), |
| | 205 | Sig Sauer 1911 pistol Cal: 45 SN: 54A058359 (19-ATF-014726), |
| 21 | 206 | Springfield Firearms Corp V10 ultra compact pistol Cal: 45 au (19-ATF-014728), |
| | 207 | Springfield Armory, Geneseo IL. 1911A1 pistol Cal: 45 SN: N406 (19-ATF-014729), |
| 22 | 208 | Smith & Wesson SW1911SC pistol Cal: 45 SN: UCU5446 (19-ATF-014730), |
| | 209 | CZ (Ceska Zbrojovka) CZ P-09 pistol CAL: 9 SN: B632201 (19-ATF-014731), |
| 23 | 210 | Springfield Armory, Geneseo IL EMP4 pistol Cal: 40 SN: EMP4662 (19-ATF-014733), |
| | 211 | Kimber Stainless Ultra Carry II pistol Cal: 45 SN: KU60695 (19-ATF-014734), |
| 24 | 212 | Springfield Armory, Geneseo IL EMP pistol Cal: 9 SN: EMP970 (19-ATF-014735), |
| | 213 | Sig Sauer 1911 pistol Cal: 45 SN: 54A007059 (19-ATF-014736), |
| 25 | 214 | Sig Sauer Mosquito pistol Cal: 22 SN: F335719 (19-ATF-014740), |
| | 215 | Kimber Custom II pistol Cal: 9 SN: KF39722 (19-ATF-014742), |
| 26 | 216 | STI (Strayer Tripp Intl) Escort pistol Cal: 45 SN: NE9317 (19-ATF-014747), |
| | 217 | Smith & Wesson M&P 9 pistol Cal: 9 SN: HDL3038 (19-ATF-014748), |
| 27 | 218 | Smith & Wesson 39 pistol Cal: 9 SN: A204578 (19-ATF-014750), |
| | 219 | Smith & Wesson 59 pistol Cal: 9 SN: A334132 (19-ATF-014758), |
| | 220 | Smith & Wesson 19 revolver Cal: 357 SN: 4K43183 (19-ATF-014760), |
| 28 | 221 | Smith & Wesson 13 revolver Cal: 357 SN: BHV8425 (19-ATF-014761), |

| | | |
|---|---|---|
| 1 | 222 | Smith & Wesson 620 revolver Cal: 357 SN: CJU5733 (19-ATF-014762), |
| | 223 | Smith & Wesson 66 revolver Cal: 357 SN: 7K54582 (19-ATF-014765), |
| 2 | 224 | Smith & Wesson 657 revolver Cal: 41 SN: CDJ3914 (19-ATF-014766), |
| | 225 | Smith & Wesson 57 revolver Cal: 41 SN: N916933 (19-ATF-014767), |
| 3 | 226 | Uberti 1873 revolver Cal: 45 SN: U78780 (19-ATF-014768), |
| | 227 | Smith & Wesson 66 revolver Cal: 357 SN: BBJ9059 (19-ATF-014769), |
| | 228 | Smith & Wesson 36 revolver Cal: 38 SN: J98584 (19-ATF-014770), |
| 4 | 229 | Smith & Wesson 28 revolver Cal: 357 SN: S201880 (19-ATF-014771), |
| | 230 | Kimber Stainless ULT Carry pistol Cal: 40 SN: KUF1123 (19-ATF-014772), |
| 5 | 231 | Sig Sauer P226 Pistol Cal: 9 SN: 47A054345 (19-ATF-014773), |
| | 232 | Kimber Stainless Pro Carry II pistol Cal: 45 SN: KR111967 (19-ATF-014774), |
| 6 | 233 | Kimber Pro Carry II pistol Cal: 45 SN: KR127224 (19-ATF-014775), |
| | 234 | Sig Sauer 1911 pistol Cal: 45 SN: 54B120108 (19-ATF-014776), |
| 7 | 235 | CZ (Ceska Zbrojovka) CZ P-07 pistol Cal: 9 SN: B921271 (19-ATF-014777), |
| | 236 | Ruger Gunsite Scout rifle Cal: 308 SN: 680-54971 (19-ATF-014778), |
| 8 | 237 | Smith & Wesson 386 Night Guard revolver Cal: 357 SN: CMX4721 (19-ATF-014779), |
| | 238 | Smith & Wesson 58 revolver Cal: 41 SN: 73252 (19-ATF-014780), |
| 9 | 239 | Smith & Wesson 586 revolver Cal: 357 SN: AUZ8289 (19-ATF-014781), |
| | 240 | Smith & Wesson 27 revolver Cal: 357 SN: N166595 (19-ATF-014782), |
| 10 | 241 | Ruger Mini 14 Ranch rifle Cal: 223 SN: 196-36322 (19-ATF-014783), |
| | 242 | Smith & Wesson 18 revolver Cal: 22 SN: 2K49859 (19-ATF-014785), |
| 11 | 243 | Ruger Mini 30 rifle Cal: 762 SN: 189-55782 (19-ATF-014786), |
| | 244 | Smith & Wesson 27 revolver Cal: 357 SN: BDS1881 (19-ATF-014787), |
| 12 | 245 | Smith & Wesson 686 revolver Cal: 357 SN: DCD2224 (19-ATF-014789), |
| | 246 | Ruger American rifle rifle Cal: 300 SN: 694-58863 (19-ATF-014790), |
| 13 | 247 | Ruger single seven revolver Cal: 327 SN: 816-05029 (19-ATF-014792), |
| | 248 | Smith & Wesson 657 revolver Cal: 41 SN: BJC8335 (19-ATF-014794), |
| 14 | 249 | Smith & Wesson M&P 45 pistol Cal: 45 SN: MPR2465 (19-ATF-014795), |
| | 250 | Smith & Wesson 1917 revolver Cal: 45 SN: S8212 (19-ATF-014796), |
| 15 | 251 | Smith & Wesson 25 revolver Cal: 45 SN: N614079 (19-ATF-014797), |
| | 252 | Smith & Wesson 27 revolver Cal: 357 SN: 187711 (19-ATF-014801), |
| 16 | 253 | Smith & Wesson 25 revolver Cal: 45 SN: N842991 (19-ATF-014803), |
| | 254 | Ruger redhawk revolver Cal: 357 SN: 501-24811 (19-ATF-014804), |
| 17 | 255 | Ruger single six revolver Cal: 22 SN: 188731 (19-ATF-014805), |
| | 256 | Ruger redhawk revolver Cal: 44 SN: 502-80132 (19-ATF-014806), |
| 18 | 257 | Smith & Wesson 25 revolver Cal: 45 SN: N735678 (19-ATF-014807), |
| | 258 | Springfield Armory, Geneseo IL 1911A1 pistol Cal: 9 SN: NM4337 (19-ATF-014809), |
| 19 | 259 | Colt MKIV pistol Cal: 45 SN: 70B26310 (19-ATF-014812), |
| | 260 | Smith & Wesson SW1911 pistol Cal: 45 SN: UCZ7006 (19-ATF-014813), |
| 20 | 261 | Ruger blackhawk revolver Cal: 41 SN: 48-28080 (19-ATF-014814), |
| | 262 | Smith & Wesson 60 revolver Cal: 357 SN: CHU2251 (19-ATF-014815), |
| 21 | 263 | Smith & Wesson 36 revolver Cal: 38 SN: 511173 (19-ATF-014816), |
| | 264 | Wesson Arms CCo Bobtail pistol Cal: 45 SN: C0162CZ (19-ATF-014818), |
| 22 | 265 | Stag Arms Stag-15 rifle Cal: 556 SN: 84635 (19-ATF-014884), |
| | 266 | Auto Ordnance West Hurley, NY Thompson 1927A rifle Cal: 45 (19-ATF-014888), |
| 23 | 267 | Ruger 22/45 pistol Cal: 22 SN: 223-12315 (19-ATF-014889), |
| | 268 | Ruger redhawk revolver Cal: 45 SN: 502-48550 (19-ATF-014892), |
| 24 | 269 | Glock, Inc 21 pistol Cal: 45 SN: UTT843 (19-ATF-014893), |
| | 270 | Ruger security six revolver Cal: 357 SN: 156-97172 (19-ATF-014897), |
| 25 | 271 | Glock, Inc. 19 pistol Cal: 9 SN: EBM400US (19-ATF-014899), |
| | 272 | Glock, Inc. 17Gen4 pistol Cal: 9 SN: BAZW079 (19-ATF-014903), |
| 26 | 273 | U.S.A. Military Surplus M1 Carbine rifle Cal: 30 SN: 387571 (19-ATF-014905), |
| | 274 | Ruger M77 rifle Cal: 257 SN: 77-57037 (19-ATF-014908), |
| 27 | 275 | Remington Arms Company, Inc. 870 express super mg shotgun CA (19-ATF-014911), |
| | 276 | U.S.A. Military Surplus M1 Carbine rifle Cal: 30 SN: 4115538 (19-ATF-014912), |
| 28 | 277 | U.S.A. Military Surplus M1 carbine rifle Cal: 30 SN: 773805 (19-ATF-014913), |

| | | |
|---|---|---|
| 1 | 278 | Russian Mosin Nagant rifle Cal: 762 SN: 82920 (19-ATF-014914), |
| | 279 | Browning A-bolt rifle Cal: 223 SN: 07389MR351 (19-ATF-014915), |
| 2 | 280 | Smith & Wesson M&P 15 rifle Cal: 556 SN: 86254 (19-ATF-014918), |
| | 281 | Browning A-Bolt rifle Cal: 300 SN: 34403NM717 (19-ATF-014919), |
| 3 | 282 | Ruger single six revolver Cal: 32 SN: 650-11130 (19-ATF-014920), |
| | 283 | Ruger Security six revolver Cal: 357 SN: 155-23821 (19-ATF-014921), |
| 4 | 284 | Ruger security six revolver Cal: 357 SN: 150-45723 (19-ATF-014922), |
| | 285 | Ruger blackhawk revolver Cal: 45 SN: 48-23124 (19-ATF-014928), |
| 5 | 286 | Ruger single six revolver Cal: 32 SN: 650-39325 (19-ATF-014929), |
| | 287 | STI (Strayer Tripp Intl) Lawman 5.0 pistol Cal: 45 SN: NC3336 (19-ATF-014930), |
| 6 | 288 | Smith & Wesson 638 revolver Cal: 38 SN: CLV2275 (19-ATF-014931), |
| | 289 | Smith & Wesson 12 revolver Cal: 38 SN: 240776 (19-ATF-014932), |
| 7 | 290 | Smith & Wesson 36 revolver Cal: 38 SN: 45J468 (19-ATF-014934), |
| | 291 | Smith & Wesson 17 revolver Cal: 22 SN: 3K26727 (19-ATF-014935), |
| 8 | 292 | Smith & Wesson 10 revolver Cal: 38 SN: BKN4495 (19-ATF-014937), |
| | 293 | Smith & Wesson 29 revolver Cal: 44 SN: N817397 (19-ATF-014943), |
| 9 | 294 | Smith & Wesson 15 revolver Cal: 38 SN: K769474 (19-ATF-014945), |
| | 295 | Ruger Blackhawk revolver Cal: 45 SN: 38-79704 (19-ATF-014955), |
| 10 | 296 | Rock island Armory Inc. unknown pistol Cal: 10 SN: RIA1543091 (19-ATF-014958), |
| | 297 | Kimber Custom II pistol Cal: 10 SN: KF63420 (19-ATF-014961), |
| 11 | 298 | Walther PPK/S pistol Cal: 9 SN: S056687 (19-ATF-014963), |
| | 299 | Smith & Wesson Governor revolver Cal: 45/410 SN: DKX8505 (19-ATF-014964), |
| 12 | 300 | Smith & Wesson 329PD revolver Cal: 44 SN: DCE9759 (19-ATF-014965), |
| | 301 | Smith & Wesson 16 revolver Cal: 32 SN: BE0808 (19-ATF-014966), |
| 13 | 302 | Smith & Wesson 57 revolver Cal: 41 SN: N943094 (19-ATF-014967), |
| | 303 | Smith & Wesson 17 revolver Cal: 22 SN: BEB5510 (19-ATF-014968), |
| 14 | 304 | Smith & Wesson 657 revolver Cal: 41 SN: AUW3413 (19-ATF-014969), |
| | 305 | Smith & Wesson 19 revolver Cal: 357 SN: DKW3322 (19-ATF-014970), |
| 15 | 306 | Smith & Wesson 24 revolver Cal: 44 SN: CTH4189 (19-ATF-014971), |
| | 307 | Smith & Wesson 29 revolver Cal: 44 SN: N480987 (19-ATF-014973), |
| 16 | 308 | Smith & Wesson 29 revolver Cal: 44 SN: AEE4912 (19-ATF-014975), |
| | 309 | Glock GMBH 26 pistol Cal: 9 SN: BFTG023 (19-ATF-014976), |
| 17 | 310 | Glock GMBH 19 pistol Cal: 9 SN: BGNL863 (19-ATF-014977), |
| | 311 | Kimber Ultra CDP pistol Cal: 45 SN: KU318728 (19-ATF-014978), |
| 18 | 312 | Sig Sauer P365 pistol Cal: 9 SN: 66A317729 (19-ATF-014979), |
| | 313 | Armscor of the Philippines (Squires Bingham) M1911-A1 FS Tct (19-ATF-014980), |
| 19 | 314 | Ruger Vaquero revolver Cal: 45 SN: 58-31224 (19-ATF-014981), |
| | 315 | Colt Government pistol Cal: 45 SN: CV41036 (19-ATF-014982), |
| 20 | 316 | Smith & Wesson 610 revolver Cal: 10 SN: CCM2314 (19-ATF-014983), |
| | 317 | Smith & Wesson 442 revolver Cal: 38 SN: CMJ1421 (19-ATF-014984), |
| 21 | 318 | Remington Arms Company Inc. 1911R1 pistol Cal: 45 SN: RHN78910 (19-ATF-014986), |
| | 319 | Ruger Blackhawk revolver Cal: 357 SN: 36-53700 (19-ATF-014987), |
| 22 | 320 | Smith & Wesson 4013 pistol Cal: 40 SN: TYS9702 (19-ATF-014988), |
| | 321 | Sig Sauer 1911 pistol Cal: 10 SN: 54E002088 (19-ATF-014989), |
| 23 | 322 | Henry Repeating Rifle Company H006 big boy rifle Cal: 44 SN: B (19-ATF-014990), |
| | 323 | Kimber Micro Carry STS pistol Cal: 380 SN: T0022590 (19-ATF-014991), |
| 24 | 324 | Marlin Firearms Co 1894 rifle Cal: 44 SN: 98010052 (19-ATF-014992), |
| | 325 | Smith & Wesson 57 revolver Cal: 41 SN: N942810 (19-ATF-014993), |
| 25 | 326 | Henry Repeating Rifle Company unknown rifle Cal: 17 SN: 4BESTD (19-ATF-014995), |
| | 327 | Marlin Firearms Co 1894 CB rifle Cal: 45 SN: 03024206 (19-ATF-014996), |
| 26 | 328 | Ruger American Rimfire rifle Cal: 22 SN: 830-42614 (19-ATF-014997), |
| | 329 | Ithaca Gun Co 37 featherlight shotgun Cal: 12 SN: 1042488 (19-ATF-014998), |
| 27 | 330 | Marlin Firearms Co 1895 rifle Cal: 45-70 SN: 99057281 (19-ATF-014999), |
| | 331 | Remington Arms Company, Inc. 870 shotgun Cal: 12 SN: B510712M (19-ATF-015001), |
| 28 | 332 | Savage A17 rifle Cal: 17 SN: K281168 (19-ATF-015004), |
| | 333 | Winchester 1894 rifle Cal: 30-30 SN: LF06234 (19-ATF-015005), |

| | | |
|---|---|---|
| 1 | 334 | Palmetto State Armory PSAK47 rifle Cal: 762 SN: AKB011791 (19-ATF-015006), |
| | 335 | Winchester 94 rifle Cal: 38-55 SN: CCH17334 (19-ATF-015007), |
| 2 | 336 | Marlin Firearms Co. 336 rifle Cal: 30-30 SN: 19015742 (19-ATF-015008), |
| | 337 | Remington Arms Company 870 shotgun Cal: 410 SN: RS39302F (19-ATF-015009), |
| 3 | 338 | Savage 311 shotgun Cal: 12 SN: D794447 (19-ATF-015010), |
| | 339 | Sig Sauer P220 pistol Cal: 45 SN: G250572 (19-ATF-015011), |
| 4 | 340 | Henry Repeating Rifle Company unknown rifle Cal: 30-30 SN: TT0 (19-ATF-015012), |
| | 341 | Kimber Ultra Carry II pistol Cal: 45 SN: KU29237 (19-ATF-015013), |
| 5 | 342 | Sig Sauer P220 pistol Cal: 45 SN: 37B060844 (19-ATF-015014), |
| | 343 | Smith & Wesson 625 revolver Cal: 45 SN: CFE0020 (19-ATF-015015), |
| 6 | 344 | Smith & Wesson M&P40 pistol Cal: 40 SN: HRV5637 (19-ATF-015016), |
| | 345 | Henry Repeating Rifle Company unknown rifle Cal: 22 SN: 4DADC (19-ATF-015017), |
| 7 | 346 | Beretta USA Corp M9 pistol Cal: 9 SN: M9-206760 (19-ATF-015018), |
| | 347 | Henry Repeating Rifle Company unknown rifle Cal: 22 SN: 2BESTD (19-ATF-015019), |
| 8 | 348 | Kimber Custom pistol Cal: 45 SN: K606728 (19-ATF-015020), |
| | 349 | Henry Repeating Rifle Company H006 Big Boy rifle Cal: 45 SN: B (19-ATF-015021), |
| 9 | 350 | Sig Sauer P229 Elite pistol Cal: 9 SN: 55E007205 (19-ATF-015022), |
| | 351 | Sig Sauer SP2022 pistol Cal: 9 SN: 24B367051 (19-ATF-015023), |
| 10 | 352 | Sig Sauer P365 pistol Cal: 9 SN: 66A289572 (19-ATF-015024), |
| | 353 | Kimber Micro 9 pistol Cal: 9 SN: PB0168409 (19-ATF-015025), |
| 11 | 354 | Beretta USA Corp 92FS pistol Cal: 9 SN: H45970Z (19-ATF-015026), |
| | 355 | Smith & Wesson Highway Patrolman revolver Cal: 357 SN: N201747 (19-ATF-015027), |
| 12 | 356 | Marlin Firearms Co 1894CB rifle Cal: 357 SN: 01002082 (19-ATF-015028), |
| | 357 | Henry Repeating Rifle Company H006 big boy rifle Cal: 357 SN: (19-ATF-015029), |
| 13 | 358 | Heckler & Koch Inc. VP9 pistol Cal: 9 SN: 224-176443 (19-ATF-015142), |
| | 359 | Heckler & Koch Inc. HK45 pistol Cal: 45 SN: 126-069121 (19-ATF-015144), |
| 14 | 360 | CZ (Ceska Zbrojovka) CZ97 pistol Cal: 45 SN: C585040 (19-ATF-015145), |
| | 361 | CZ (Ceska Zbrojovka) CZ75 pistol Cal: 9 SN: B977220 (19-ATF-015147), |
| 15 | 362 | Walther P99 pistol Cal: 9 SN: FBA4198 (19-ATF-015149), |
| | 363 | Kimber Eclipse Target II pistol Cal: 38 SN: KF49117 (19-ATF-015150), |
| 16 | 364 | Smith & Wesson 686 revolver Cal: 357 SN: DKJ8124 (19-ATF-015152), |
| | 365 | Smith & Wesson 29 revolver Cal: 44 SN: ADY8592 (19-ATF-015154), |
| 17 | 366 | Remington Arms Company, Inc 770 rifle Cal: 30-06 SN: 71390307 (19-ATF-015156), |
| | 367 | Palmetto State Armory PA-10 rifle Cal: multi SN: PF046086 (19-ATF-015157), |
| 18 | 368 | Henry Repeating Rifle Company H006MS Big Boy rifle Cal: 357 S (19-ATF-015159), |
| | 369 | Ruger 10/22 rifle Cal: 22 SN: 352-28093 (19-ATF-015162), |
| 19 | 370 | Beretta USA Corp 92FS pistol Cal: 9 SN: E24931Z (19-ATF-015165), |
| | 371 | Savage B Mag rifle Cal: 17 SN: J577441 (19-ATF-015166), |
| 20 | 372 | Kimber Aegis Elite Ultra pistol Cal: 45 SN: KU339241 (19-ATF-015168), |
| | 373 | Kimber Stainless Pro Carry II pistol Cal: 45 SN: KR121149 (19-ATF-015172), |
| 21 | 374 | Kimber KHX Custom pistol Cal: 45 SN: K610252 (19-ATF-015174), |
| | 375 | Sig Sauer P6 pistol Cal: 9 SN: M501034 (19-ATF-015176), |
| 22 | 376 | Walther PK380 pistol Cal: 380 SN: WB050442 (19-ATF-015177), |
| | 377 | Ruger American 17HMR rifle Cal: 17 SN: 832-52168 (19-ATF-015178), |
| 23 | 378 | Ruger Single Seven revolver Cal: 327 SN: 816-09023 (19-ATF-015183), |
| | 379 | Ruger SP101 revolver Cal: 327 SN: 576-80462 (19-ATF-015185), |
| 24 | 380 | Ruger American rifle Cal: 6.5mm SN: 695-65947 (19-ATF-015186), |
| | 381 | Ruger Single Six revolver Cal: 32 SN: 650-40687 (19-ATF-015189), |
| 25 | 382 | Sig Sauer (Sig-Arms) Sig M400 rifle Cal: 556 SN: 20C060767 (19-ATF-015193), |
| | 383 | Ruger M77 rifle Cal: 270 SN: 74-12152 (19-ATF-015194), |
| 26 | 384 | Remington Arms Company 870 shotgun Cal: 12 SN: AB868593M (19-ATF-015195), |
| | 385 | Henry Repeating Rifle Company H012M big boy steel rifle Cal: (19-ATF-015197), |
| 27 | 386 | Sig Sauer P365 pistol Cal: 9 SN: 66A214678 (19-ATF-015198), |
| | 387 | Ruger Blackhawk revolver Cal: 44 SN: 521-41222 (19-ATF-015201), |
| 28 | 388 | Remington Arms Company 870 shotgun Cal: 20 SN: W520656U (19-ATF-015202), |
| | 389 | Browning unknown shotgun Cal: 12 gauge SN: 46530NM152 (19-ATF-015207), |

Stipulation and Order to Extend Time

| | | |
|---|---|---|
| 1 | 390 | Kimber Aegis Elite Custom pistol Cal: 45 SN: K599747 (19-ATF-015208), |
| | 391 | Kimber Ultra Carry II pistol Cal: 45 SN: KU330311 (19-ATF-015210), |
| 2 | 392 | Kimber Stainless Targe pistol Cal: 10mm SN: KF53975 (19-ATF-015211), |
| | 393 | Smith & Wesson 14 revolver Cal: 38 SN: K644196 (19-ATF-015212), |
| 3 | 394 | Smith & Wesson 60 revolver Cal: 38 SN: 65299 (19-ATF-015213), |
| | 395 | Smith & Wesson 15 revolver Cal: 38 SN: 3K15638 (19-ATF-015214), |
| 4 | 396 | Colt Government pistol Cal: 38 SN: FR25204E (19-ATF-015215), |
| | 397 | Sig-Sauer 1911 pistol Cal: 45 SN: 54A014277 (19-ATF-015246), |
| 5 | 398 | Smith & Wesson 329PD revolver Cal: 44 SN: CHV7633 (19-ATF-015247), |
| | 399 | Smith & Wesson 69 revolver Cal: 44 SN: CWW4827 (19-ATF-015248), |
| 6 | 400 | Smith & Wesson 57 revolver Cal: 41 SN: N324886 (19-ATF-015249), |
| | 401 | Smith & Wesson 27 revolver Cal: 357 SN: N155239 (19-ATF-015250), |
| 7 | 402 | Smith & Wesson 10 revolver Cal: 38 SN: 25193 (19-ATF-015251), |
| | 403 | Ruger Redhawk revolver Cal: 45 SN: 503-44777 (19-ATF-015252), |
| 8 | 404 | Smith & Wesson 432PD Airweight revolver Cal: 32 SN: DAS1877 (19-ATF-015253), |
| | 405 | Ruger Super Redhawk revolver Cal: 10mm SN: 552-97629 (19-ATF-015254), |
| 9 | 406 | Smith & Wesson 57 revolver Cal: 41 SN: AJW1258 (19-ATF-015255), |
| | 407 | Ruger police service six revolver Cal: 38 SN: 162-53966 (19-ATF-015256), |
| 10 | 408 | Heckler and Koch USP9 pistol Cal: 9 SN: 24-119654 (19-ATF-015257), |
| | 409 | Smith & Wesson M&P 9 pistol Cal: 9 SN: HML5159 (19-ATF-015258), |
| 11 | 410 | Smith & Wesson unknown revolver Cal: 38 SN: 244152 (19-ATF-015259), |
| | 411 | Smith & Wesson 64 revolver Cal: 38 SN: 42472 (19-ATF-015260), |
| 12 | 412 | Smith & Wesson 586 revolver Cal: 357 SN: ACT5459 (19-ATF-015261), |
| | 413 | Sig Sauer P365 pistol Cal: 9 SN: 66A049942 (19-ATF-015262), |
| 13 | 414 | Ruger Police Service Six revolver Cal: 357 SN: 157-72685 (19-ATF-015263), |
| | 415 | Smith & Wesson 14 revolver Cal: 38 SN: 94K1838 (19-ATF-015264), |
| 14 | 416 | Smith & Wesson 27 revolver Cal: 357 SN: N830818 (19-ATF-015265), |
| | 417 | Ruger single six revolver Cal: 32 SN: 650-58170 (19-ATF-015266), |
| 15 | 418 | Smith & Wesson 27 revolver Cal: 357 SN: N676305 (19-ATF-015267), |
| | 419 | Smith & Wesson Governor revolver Cal: 45/410 SN: CRM7442 (19-ATF-015268), |
| 16 | 420 | Kimber Ultra Raptor II pistol Cal: 45 SN: KU118675 (19-ATF-015270), |
| | 421 | Ruger single seven revolver Cal: 327 SN: 816-08075 (19-ATF-015271), |
| 17 | 422 | Smith & Wesson K-38 revolver Cal: 38 SN: 95128 (19-ATF-015272), |
| | 423 | Sig-Sauer P228 pistol Cal: 9 SN: B138344 (19-ATF-015273), |
| 18 | 424 | Smith & Wesson 57 revolver Cal: 41 SN: N808027 (19-ATF-015274), |
| | 425 | Smith & Wesson 686 revolver Cal: 357 SN: CEB4532 (19-ATF-015275), |
| 19 | 426 | Smith & Wesson 645 pistol Cal: 45 SN: TAT8481 (19-ATF-015276), |
| | 427 | Smith & Wesson 686 revolver Cal: 357 SN: DDF8574 (19-ATF-015277), |
| 20 | 428 | Beretta USA Corp 92FS pistol Cal: 9 SN: BER482552 (19-ATF-015278), |
| | 429 | Glock Inc. 22 pistol Cal: 40 SN: TEY785 (19-ATF-015279), |
| 21 | 430 | Ruger 10/22 rifle Cal: 22 SN: 256-66144 (19-ATF-015280), |
| | 431 | Smith & Wesson M&P 40 pistol Cal: 40 SN: MPH1594 (19-ATF-015281), |
| 22 | 432 | Ruger Blackhawk revolver Cal: 357 SN: 521-36064 (19-ATF-015282), |
| | 433 | Remington Arms Company 700 rifle Cal: 308 SN: G6805875 (19-ATF-015283), |
| 23 | 434 | Henry Repeating Rifle Co. H006 Big Boy rifle Cal: 357 SN: unknown (19-ATF-015284), |
| | 435 | Kimber Micro 9 pistol Cal: 9 SN: TB0011320 (19-ATF-015286), |
| 24 | 436 | Sig Sauer (Sig-Arms) P320 pistol Cal: 9 SN: 58B112637 (19-ATF-015299), and |
| | 437 | Smith & Wesson 21 revolver Cal: 44 SN: DAU3986 (19-ATF-017127). |